# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHAWN ZEDZIE,

    Plaintiff,

v.

CARSON SMITHFIELD, LLC,

    Defendant.

Case No. 2:16-cv-10944-AJT-RSW
Hon. Arthur J. Tarnow

---

| BRIAN P. PARKER, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| Brian P. Parker (P48617) | Amy Sabbota Gottlieb (P67020) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2000 Town Center, Suite 1900 | 2600 West Big Beaver Rd., Suite. 300 |
| Southfield, MI 48075 | Troy, MI  48084 |
| (248) 642-6268 | (248) 433-7286 |
| brianparker@collectionstopper.com | agottlieb@dickinsonwright.com |

---

## NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE THAT the Plaintiff Shawn Zedzie ("Plaintiff") and Defendant Carson Smithfield, LLC have reached a settlement of this matter. The parties anticipate submitting a stipulated order of dismissal with prejudice and without costs on or before June 6, 2016.  The parties understand and agree that any pending deadlines related thereto are suspended.

                                            _____
                                            US DISTRICT COURT JUDGE

Approved as to form:

| | |
|---|---|
| /s/ Brian P. Parker (with consent) | /s/ Amy Sabbota Gottlieb |
| Brian P. Parker (P48617) | Amy Sabbota Gottlieb (P67020) |
| BRIAN P. PARKER, P.C. | DICKINSON WRIGHT PLLC |
| 2000 Town Center, Suite 1900 | 2600 West Big Beaver Rd., Suite 300 |
| Southfield, MI 48075 | Troy, MI 48084 |
| (248) 642-6268 | (248) 433-7286 |
| brianparker@collectionstopper.com | agottlieb@dickinsonwright.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## Certificate of Service

I hereby certify that on May 6, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/Amy Sabbota Gottlieb
Counsel for Carson Smithfield, LLC

BLOOMFIELD 58971-3 1622339v1

320662.1 C083941\0388693