# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHAWN ZEDZIE,

    Plaintiff,

v.

CARSON SMITHFIELD, LLC,

    Defendant.

Case No. 2:16-cv-10944-AJT-RSW
Hon. Arthur J. Tarnow

---

| BRIAN P. PARKER, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| Brian P. Parker (P48617) | Amy Sabbota Gottlieb (P67020) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2000 Town Center, Suite 1900 | 2600 West Big Beaver Rd., Suite. 300 |
| Southfield, MI 48075 | Troy, MI 48084 |
| (248) 642-6268 | (248) 433-7286 |
| brianparker@collectionstopper.com | agottlieb@dickinsonwright.com |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT CARSON SMITHFIELD, LLC

The Parties hereto having so stipulated,

IT IS HEREBY ORDERED that Plaintiff Shawn Zedzie's claims against Defendant Carson Smithfield, LLC are dismissed in their entirety, *with prejudice*, the parties to bear their own costs and fees.

SO ORDERED.

    s/Arthur J. Tarnow
    US DISTRICT COURT JUDGE

Dated: June 15, 2016

320662.1 C083941\0388693

Approved as to form:

/s/   Brian P. Parker                     /s/ Amy Sabbota Gottlieb
Brian P. Parker (P48617)             Amy Sabbota Gottlieb (P67020)
BRIAN P. PARKER, P.C.               DICKINSON WRIGHT PLLC
2000 Town Center, Suite 1900     2600 West Big Beaver Rd., Suite 300
Southfield, MI 48075                    Troy, MI 48084
(248) 642-6268                             (248) 433-7286
brianparker@collectionstopper.com   agottlieb@dickinsonwright.com

*Attorneys for Plaintiff*                  *Attorneys for Defendant*


BLOOMFIELD 58971-3 1616685v1